

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re:  Robert Troy McClure

No. 06-13-00070-CV

Original Mandamus Proceeding

Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought.  Therefore, we deny the petition.

RENDERED JULY 26, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk